1
2
3
4
5
6
7
8
9
10
11

NOTE: CHANGES HAVE BEEN
MADE TO THIS DOCUMENT

12

UNITED STATES DISTRICT COURT

13

CENTRAL DISTRICT OF CALIFORNIA

14

| | |
|---|---|
| GISELLE RODRIGUEZ, | No. CV07-06512 R (VBKx) |
| Plaintiff, | [Los Angeles Superior Court, East District Action No. KC050776, Case Assigned for All Purposes to Judge Peter J. Meeka, Dept. O] |
| v. | |
| J.P. MANAGEMENT, INC., d.b.a. McDONALD'S; WILLY HERNANDEZ, an individual; and DOES 1 TO 50, inclusive, | **DEFENDANT J.P. MANAGEMENT INC.'S STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW; ORDER GRANTING DEFENDANT J.P. MANAGEMENT, INC.'S MOTION FOR SUMMARY JUDGMENT** |
| Defendants. | |
| | Date:       August 4, 2008 |
| | Time:       10:00 a.m. |
| | Judge:     Hon. Manuel Real |
| |               Courtroom 8 |

15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

[PROPOSED] ORDER GRANTING DEFENDANT J.P.
MANAGEMENT, INC.'S MOTION FOR SUMMARY JUDGMENT

Case No. _ CV07-06512 R (VBKx)_

The hearing on Defendant J.P. MANAGEMENT INC.'s Motion for Summary Judgment came on regularly for hearing on July 21, 2008, the Honorable Manuel Real, presiding.  Allyson E. Cook/Cathy Arias appeared on behalf of Defendant J.P. MANAGEMENT, INC. and Thuy Nguyen appeared on behalf of Plaintiff GISELLE RODRIGUEZ.

After full consideration of the evidence, the Statement of Undisputed Material Facts, and the Memorandum of Points and Authorities submitted by each party, as well as the oral argument presented by counsel, the Court finds that no triable issue of material fact exists as to Plaintiff's claims under Title VII as she failed to timely exhaust her administrative remedies and/or failed to timely file suit, thus summary judgment shall be granted in favor of J.P. MANAGEMENT, INC.

The undisputed material facts outlined below establish that failed to timely and properly exhaust her administrative remedies and file suit.  Thus, J.P. MANAGEMENT, INC. is entitled to have the Court so enter judgment in its favor:

**J.P. MANAGEMENT IS ENTITLED TO SUMMARY JUDGMENT AS TO THE ENTIRE COMPLAINT AS PLAINTIFF FAILED TO TIMELY EXHAUST HER ADMINISTRATIVE REMEDIES, FAILED TO OBTAIN A RIGHT-TO-SUE- LETTER FROM THE EEOC, AND FAILED TO TIMELY FILE SUIT UNDER TITLE VII.**

| J.P. MANAGEMENT'S UNDISPUTED MATERIAL FACTS | SUPPORTING EVIDENCE |
| --- | --- |
| 1.   Plaintiff contends Willie Hernandez, an employee of J.P. Management, sexually harassed her during her employment at a McDonald's restaurant. | *Plaintiff's Complaint attached to Exhibit ("Exh.") A to the Declaration of Allyson E. Cook (Cook Decl.).* |
| 2.   Plaintiff claims she terminated her employment with J.P. Management on June 13, 2005 | *Plaintiff's Charge of Discrimination filed with the Department of Fair Employment and Housing attached as Exh. A to the Declaration of Julie Pernecky (PerneckyDecl.).* |
| 3.   On May 30, 2006, Plaintiff filed a charge of discrimination with the Department of Fair Employment and | *Plaintiff's Charge of Discrimination attached as Exh. A to the Pernecky Decl.* |

[PROPOSED] ORDER GRANTING DEFENDANT J.P. MANAGEMENT, INC.'S MOTION FOR SUMMARY JUDGMENT

Case No. _ CV07-06512 R (VBKx)_

| J.P. MANAGEMENT'S UNDISPUTED MATERIAL FACTS | *SUPPORTING EVIDENCE* |
|---|---|
| Housing ("DFEH"). | |
| 4.  Plaintiff's charge alleges that J.P. Management's employee, Willie Hernandez, sexually harassed her from May 2004 until June 13, 2005 | *Plaintiff's Charge of Discrimination attached as Exh. A to the Pernecky Decl.* |
| 5.  Plaintiff obtained a right-to-sue letter from the DFEH on June 12, 2006. | *Plaintiff's Right-To-Sue Letter from the DFEH attached as Exh. B to the Pernecky Decl.* |
| 6.  The DFEH sent the right-to-sue letter to Plaintiff's counsel. | *Plaintiff's Right-To-Sue Letter from the DFEH attached as Exh. B to the Pernecky Decl.* |
| 7.  Plaintiff did not obtain a federal right-to-sue letter. | *Plaintiff's Discovery Responses attached as Exh. B to the Cook Decl.* |
| 8.  On June 12, 2007, Plaintiff filed suit in state court alleging federal claims under Title VII for Hostile Work Environment – Sexual Harassment, Constructive Discharge, Intentional Infliction of Emotional Distress, Negligent Infliction of Emotions Distress, Negligent Supervision, and Vicarious Liability in Los Angeles Superior Court, Case No. KC050776 entitled <u>Giselle Rodriguez v. J.P. Management, Inc. d.b.a. McDonald's, et. al</u>.. | *Plaintiff's Complaint attached as Exh. A to the Cook Decl.* |

Based on the foregoing and GOOD CAUSE APPEARING THEREFORE,

IT IS HEREBY ORDERED that Defendant J.P. MANAGEMENT, INC.'s

motion for summary judgment is GRANTED and that judgment is entered in favor

of J.P. MANAGEMENT, INC. and against Plaintiff.

The Court has read the Uncontroverted Facts and finds that each fact is

supported by competent evidence and adopts them.

DATED:  August 8, 2008_____

_____
The Honorable Manuel Real
JUDGE OF THE UNITED STATES
DISTRICT COURT

869241

3