NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GISELLE RODRIGUEZ,<br><br>    Plaintiff,<br><br>v.<br><br>J.P. MANAGEMENT, INC., d.b.a. McDONALD'S; WILLY HERNANDEZ, an individual; and DOES 1 TO 50, inclusive,<br><br>    Defendants. | No. CV07-06512 R (VBKx)<br><br>[Los Angeles Superior Court, East District Action No. KC050776, Case Assigned for All Purposes to Judge Peter J. Meeka, Dept. O]<br><br>**DEFENDANT J.P. MANAGEMENT INC.'S STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW; ORDER GRANTING DEFENDANT J.P. MANAGEMENT, INC.'S MOTION FOR SUMMARY ADJUDICATION**<br><br>Date:   August 4, 2008<br>Time:   10:00 a.m.<br>Judge:  Hon. Manuel Real<br>             Courtroom 8 |

1

[PROPOSED] ORDER GRANTING DEFENDANT J.P. MANAGEMENT, INC.'S MOTION FOR SUMMARY ADJUDICATION     Case No. _ CV07-06512 R (VBKx)_

1  The hearing on Defendant J.P. MANAGEMENT INC.'s Motion for
2  Summary Adjudication came on regularly for hearing on July 21, 2008, the
3  Honorable Manuel Real, presiding.  Allyson E. Cook/Cathy Arias appeared on
4  behalf of Defendant J.P. MANAGEMENT, INC. and Thuy Nguyen appeared on
5  behalf of Plaintiff GISELLE RODRIGUEZ.

6  After full consideration of the evidence, the Statement of Undisputed
7  Material Facts, and the Memorandum of Points and Authorities submitted by each
8  party, as well as the oral argument presented by counsel, the Court finds that no
9  triable issue of material fact exists as to Plaintiff's claims under Title VII, for
10 constructive discharge, negligent supervision, intentional infliction of emotional
11 distress, negligent infliction of emotional distress, and vicarious liability, thus
12 summary judgment shall be granted in favor of J.P. MANAGEMENT, INC.

13 The undisputed material facts outlined below establish that failed to timely
14 and properly exhaust her administrative remedies and file suit.  Thus, J.P.
15 MANAGEMENT, INC. is entitled to have the Court so enter judgment in its favor:

**J.P. MANAGEMENT IS ENTITLED TO SUMMARY ADJUDICATION AS TO PLAINTIFF'S EMPLOYMENT CLAIMS FOR SEXUAL HARASSMENT – HOSTILE WORK ENVIRONMENT AND CONSTRUCTIVE DISCHARGE PURSUANT TO TITLE VII.**

| J.P. MANAGEMENT'S UNDISPUTED MATERIAL FACTS | *SUPPORTING EVIDENCE* |
|---|---|
| 9.  Plaintiff contends Willie Hernandez, an employee of J.P. Management, sexually harassed her during her employment at a McDonald's restaurant. | *Plaintiff's Complaint attached to Exhibit ("Exh.") A to the Declaration of Allyson E. Cook (Cook Decl.).* |
| 10. Plaintiff claims she terminated her employment with J.P. Management on June 13, 2005 | *Plaintiff's Charge of Discrimination filed with the Department of Fair Employment and Housing attached as Exh. A to the Declaration of Julie Pernecky (Pernecky Decl.).* |
| 11. On May 30, 2006, Plaintiff filed a charge of discrimination with the Department of Fair Employment and | *Plaintiff's Charge of Discrimination attached as Exh. A to the Pernecky Decl.* |

| J.P. MANAGEMENT'S UNDISPUTED MATERIAL FACTS | SUPPORTING EVIDENCE |
|---|---|
| Housing ("DFEH"). | |
| 12. Plaintiff's charge alleges that J.P. Management's employee, Willie Hernandez, sexually harassed her from May 2004 until June 13, 2005 | *Plaintiff's Charge of Discrimination attached as Exh. A to the Pernecky Decl.* |
| 13. Plaintiff obtained a right-to-sue letter from the DFEH on June 12, 2006. | *Plaintiff's Right-To-Sue Letter from the DFEH attached as Exh. B to the Pernecky Decl.* |
| 14. The DFEH sent the right-to-sue letter to Plaintiff's counsel. | *Plaintiff's Right-To-Sue Letter from the DFEH attached as Exh. B to the Pernecky Decl.* |
| 15. Plaintiff did not obtain a federal right-to-sue letter. | *Plaintiff's Discovery Responses attached as Exh. B to the Cook Decl.* |
| 16. On June 12, 2007, Plaintiff filed suit in state court alleging federal claims under Title VII for Hostile Work Environment – Sexual Harassment, Constructive Discharge, Intentional Infliction of Emotional Distress, Negligent Infliction of Emotions Distress, Negligent Supervision, and Vicarious Liability in Los Angeles Superior Court, Case No. KC050776 entitled <u>Giselle Rodriguez v. J.P. Management, Inc. d.b.a. McDonald's, et. al</u>. | *Plaintiff's Complaint attached as Exh. A to the Cook Decl.* |

**J.P. MANAGEMENT IS ENTITLED TO SUMMARY ADJUDICATION AS TO PLAINTIFF'S TORT CLAIMS FOR INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS, NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS, AND NEGLIGENT SUPERVISION.**

| J.P. MANAGEMENT'S UNDISPUTED MATERIAL FACTS | SUPPORTING EVIDENCE |
|---|---|
| 17. On June 12, 2007, Plaintiff filed suit in state court alleging federal claims under Title VII for Hostile Work Environment – Sexual Harassment, Constructive Discharge, Intentional Infliction of Emotional Distress, Negligent Infliction of Emotions Distress, Negligent Supervision, and | *Plaintiff's Complaint attached as Exh. A to the Cook Decl.* |

| J.P. MANAGEMENT'S UNDISPUTED MATERIAL FACTS | *SUPPORTING EVIDENCE* |
|---|---|
| Vicarious Liability in Los Angeles Superior Court, Case No. KC050776 entitled <u>Giselle Rodriguez v. J.P. Management, Inc. d.b.a. McDonald's, et. al.</u> | |
| 18. Plaintiff submitted a Workers' Compensation claim wherein she sought benefits for purported sexual harassment during her employment with J.P. Management. | *Plaintiff Workers' Compensation Claim Form attached as Exh. C to the Pernecky Decl.* |
| 19. Plaintiff described her industrial injury as "unwanted touching by manager, sexual abuse. Psychiatric." | *Plaintiff Workers' Compensation Claim Form attached as Exh. C to the Pernecky Decl.* |
| 20. Plaintiff entered into a Compromise and Release wherein she received for $15,000.00 for her industrial injuries purportedly arising out of the sexual harassment she sustained while employed by J.P. Management. | *Compromise and Release attached as Exh. D to the Pernecky Decl.* |
| 21. The Compromise and Release states, in pertinent part, that that Plaintiff is settling the following claims/injuries: "Psychiatric, internal, headaches, chest pain, abdominal pain, nausea, irritable bowel syndrome." | *Compromise and Release attached as Exh. D to the Pernecky Decl.* |
| 22. The Compromise and Release further assert that the Plaintiff "releases and forever discharges the…employer (J.P. Management)…from all claims and causes of action, whether now known or ascertained or which may hereafter arise or develop as a result of the above-referenced injury(ies), including any and all liability of the employer(s)." | *Compromise and Release attached as Exh. D to the Pernecky Decl.* |
| 23. Judge Joanne Coane approved the Compromise and Release on March 6, 2008. | *Compromise and Release attached as Exh. D to the Pernecky Decl.* |

///

**J.P. MANAGEMENT IS ENTITLED TO SUMMARY ADJUDICATION AS TO PLAINTIFF'S VICARIOUS LIABILITY CLAIM.**

| J.P. MANAGEMENT'S UNDISPUTED MATERIAL FACTS | *SUPPORTING EVIDENCE* |
|---|---|
| 24. On June 12, 2007, Plaintiff filed suit in state court alleging federal claims under Title VII for Hostile Work Environment – Sexual Harassment, Constructive Discharge, Intentional Infliction of Emotional Distress, Negligent Infliction of Emotions Distress, Negligent Supervision, and Vicarious Liability in Los Angeles Superior Court, Case No. KC050776 entitled <u>Giselle Rodriguez v. J.P. Management, Inc. d.b.a. McDonald's, et. al.</u> | *Plaintiff's Complaint attached as Exh. A to the Cook Decl.* |

Based on the foregoing and GOOD CAUSE APPEARING THEREFORE,

IT IS HEREBY ORDERED that Defendant J.P. MANAGEMENT, INC.'s motion for summary adjudication is GRANTED and that judgment is entered in favor of J.P. MANAGEMENT, INC. and against Plaintiff.

The Court has read the Uncontroverted Facts and finds that each fact is supported by competent evidence and adopts them.

DATED: August 8, 2008 _____

The Honorable Manuel Real
JUDGE OF THE UNITED STATES DISTRICT COURT

871188